IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| EUGENE SULLIVAN, | ) | Civil Action No. 1:11-00384-KD-N |
| Appellant. | ) | |

## ORDER

The notice of appeal of In re Eugene Sullivan, Adversary Proceeding No. 10-00094, Clyde Bergemann, Inc., d/b/a Anthony-Ross Company, v. Eugene Sullivan, Bankruptcy Action No. 10-04384-WSS-7, Chapter 7 Proceeding, has been docketed and the record on appeal transmitted from the United States Bankruptcy Court for the Southern District of Alabama. The Court now sets the following briefing schedule:[1]

(1) The appellant shall file his brief on or before **August 5, 2011.**

(2) The appellee shall file its response brief on or before **August 19, 2011.**

(3) The appellant may file a reply brief on or before **August 31, 2011.**

**DONE** and **ORDERED** this 22nd day of July, 2011.

s/Kristi K. DuBose
KRISTI K. DuBOSE
**UNITED STATES DISTRICT JUDGE**

---

[1] The schedule set forth in Rule 8009 of the Federal Rules of Bankruptcy Procedure applies unless otherwise ordered by the Court.