IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| EUGENE SULLIVAN, | ) | Civil Action No. 1:11-00384-KD-N |
| Appellant. | ) | |

### ORDER

This action is before the Court on the Joint Status Report filed November 17, 2011. (Doc. 17). The parties report that a motion to dismiss Eugene Sullivan's Chapter 13 bankruptcy proceeding has been filed in the U.S. Bankruptcy Court and is scheduled for hearing on November 30, 2011. The parties also report that additional briefing is due on December 5, 2011.

Accordingly, this action shall remain **STAYED** pursuant to 11 U.S.C. § 362(a)(1), due to the pendency of Appellant Sullivan's Chapter 13 bankruptcy proceedings. The parties are **ORDERED** to file a joint status report on or before **Friday, January 27, 2012.**

**DONE** and **ORDERED** this 28th day of November, 2011.

s/Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**