IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| EUGENE SULLIVAN, | ) |
| Appellant, | ) |
| v. | )   Civil Action No. 1:11-00384-KD-N |
| CLYDE BERGEMAN, INC., d/b/a Anthony-Ross Company, | ) |
| Appellee. | ) |

**ORDER**

This action is before the Court on the parties' First Amended Joint Status Report wherein they report that the Bankruptcy Court has lifted the automatic stay for the limited purpose of allowing this appeal to proceed. (Doc. 19).   The Court shall construe this Report as a motion to lift the stay entered in this action.  Accordingly, the motion is **GRANTED,** the stay is lifted, and this action is returned to the active docket of this Court.

Further, the docket indicates that Appellee Clyde Bergeman, Inc., d/b/a Anthony-Ross Company, has filed its response to the Appellant's brief (doc. 16) and the parties report that they agree to allow Appellant Sullivan until December 19, 2011 to file his reply brief.  Therefore, Appellant may file his reply brief on or before **December 19, 2011**, as agreed.

**DONE** and **ORDERED** this 7th day of December, 2011.

>    s/Kristi K. DuBose
>    **KRISTI K. DuBOSE**
>    **UNITED STATES DISTRICT JUDGE**